UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

TRUSTEES OF THE NATIONAL
ELECTRICAL BENEFIT FUND and
TRUSTEES OF THE NATIONAL
ELECTRICAL ANNUITY PLAN,

    Plaintiffs,

    v.

TKG SOLUTIONS, INC.,

    Defendant.

Civil Action No. TDC-22-1627

**ORDER**

On July 31, 2023, United States Magistrate Judge Gina L. Simms filed a Report and Recommendation in which she recommended that this Court grant the Motion for Default Judgment filed by Plaintiffs. Objections to that Report and Recommendation were due on August 14, 2023. *See* Fed. R. Civ. P. 72(b)(2). That deadline has now passed, and the Court has received no objections.

Accordingly, upon review of Judge Simms's Report and Recommendation, it is hereby ORDERED that:

1. Judge Simms's Report and Recommendation, ECF No. 27, is ADOPTED as an Order of the Court.

2. Plaintiffs' Motion for Default Judgment, ECF No. 24, is GRANTED.

3. Plaintiff Trustees of the National Electrical Benefit Fund is awarded a total of $31,488.99, divided as follows: $21,852.61 in delinquent contributions; $2,204.26 in

interest; $4,370.52 in liquidated damages; $800.00 in audit fees; $1,985.60 in attorney's fees; $276.00 in costs.

4. Plaintiff Trustees of the National Electrical Annuity Plan is awarded a total of $152,579.42, divided as follows: $117,878.30 in delinquent contributions; $7,663.86 in interest; $23,575.66 in liquidated damages; $1,200.00 in audit fees; $1,985.60 in attorney's fees; and $276.00 in costs.

5. That award shall accrue post-judgment interest as provided for and calculated in accordance with 28 U.S.C. § 1961.

6. The Clerk is directed to close this case.

Date: August 22, 2023



THEODORE D. CHUANG
United States District Judge